IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JANAIA M. WRIGHT                                                                                           PLAINTIFF

v.                                        CIVIL NO. 2:25-cv-02087-MEF

FRANK BISIGNANO, Commissioner[1]
Social Security Administration                                                                    DEFENDANT

## MEMORANDUM OPINION

On August 18, 2025, Plaintiff, Janaia Wright, filed a Complaint pursuant to 42 U.S.C. § 405(g) seeking judicial review of a decision of the Commissioner of Social Security. (ECF No. 2). In so doing, however, she failed to pay the $405 filing fee or file an Application to Proceed In Forma Pauperis. On August 19, 2025, this Court filed a Notice of Deficiency, directing the Plaintiff to either file an Application to Proceed In Forma Pauperis or pay the filing fee by August 21, 2025. Said notice warned the Plaintiff that her failure to act by the deadline could result in dismissal of her case. Neither the filing fee nor an Application to Proceed In Forma Pauperis was filed in response, and the Court entered a Show Cause Order directing the Plaintiff to show cause by August 29, 2025, again indicating that her failure to respond would result in the dismissal of her Complaint. (ECF No. 5). The Plaintiff again failed to respond and there is no evidence to suggest that this Order was undeliverable.

---

[1]Frank Bisignano was sworn in to serve as Commissioner of the Social Security Administration on May 7, 2025, and in his official capacity is substituted as defendant. *See* Fed. R. Civ. P. 25(d).

Accordingly, as neither the filing fee nor an Application to Proceed In Forma Pauperis has been filed, dismissal of the action is appropriate pursuant to FED. R. CIV. P. 41(b), and the Clerk of Court is directed to dismiss Plaintiff's Complaint without prejudice.

DATED this the 2nd day of September 2025.

/s/ Mark E. Ford
HONORABLE MARK E. FORD
UNITED STATES MAGISTRATE JUDGE